# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO OROZCO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FCA US, LLC,<br><br>    Defendant. | Case No. 1: 21-cv-01674-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFFS TO FILE STATUS REPORT ON SERVICE OF COMPLAINT<br><br>FIVE-DAY DEADLINE |

On November 19, 2021, Plaintiffs filed this action (ECF No. 1.) A summons was issued on the same date. (ECF No. 2.) Plaintiff has not returned a proof of service for the Defendant. There is an initial scheduling conference set in this action for February 15, 2022. (ECF No. 3.)

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** from the date of entry of this order, Plaintiffs shall file a notice informing the Court of the status of service on Defendant, and addressing readiness for the mandatory scheduling conference.

IT IS SO ORDERED.

Dated:   **January 31, 2022**

UNITED STATES MAGISTRATE JUDGE

1