# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO OROZCO, et al., | Case No. 1: 21-cv-01674-DAD-SAB |
| Plaintiffs, | ORDER CONTINUING SCHEDULING CONFERENCE PURSUANT TO PLAINTIFFS' STATUS REPORT |
| v. | |
| FCA US, LLC, | (ECF Nos. 1, 3, 7) |
| Defendant. | |

On November 19, 2021, Plaintiffs filed this action (ECF No. 1.) A summons was issued on the same date. (ECF No. 2.) On January 31, 2022, because Plaintiffs had not returned a proof of service for the Defendant, the Court issued an order requiring Plaintiffs to provide a status on service and readiness for the scheduling conference currently scheduled for February 15, 2022. (ECF No. 4.) On February 3, 2022, Plaintiffs returned an executed summons. (ECF No. 5.) On February 4, 2022, Plaintiffs filed a status report informing the Court that counsel had inadvertently not served the complaint in this action, and given service has now been completed, additional time will be needed to prepare for the scheduling conference, and Plaintiffs request the conference be continued. (ECF No. 7.) The Court finds good cause to continue the scheduling conference.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the scheduling conference currently scheduled for February 15, 2022, is CONTINUED until March 29, 2022, at 11:30 a.m., and the parties shall file a joint scheduling report at least seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **February 4, 2022**

UNITED STATES MAGISTRATE JUDGE