# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO OROZCO, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FCA US, LLC,<br><br>  Defendants. | Case No. 1:21-cv-01674-ADA-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 17, 27) |

A scheduling order issued on May 31, 2022, and has not been modified in this action. (ECF No. 17.) Nonexpert discovery is set to expire January 31, 2023. (Id.) A trial date was set before District Judge Dale A. Drozd, however, on August 24, 2022, this case was reassigned to District Judge Ana de Alba. (ECF No. 26.) On January 24, 2023, the parties filed a stipulated motion to modify the scheduling order. (ECF No. 27.) The parties request to extend all date and deadlines between approximately 90 and 120 days.

The Court finds good cause to grant the motion given it is the first request; based on the parties' proffer regarding discovery completed and discovery to be completed; the parties' desire to attend mediation; as well as because the Court finds it prudent to reset the trial date before the reassigned District Judge.

/ / /

Accordingly, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule is GRANTED, and the scheduling order is modified as follows:

1. Non-Expert Discovery Deadline: **May 22, 2023**;
2. Expert Disclosure Deadline: **May 29, 2023**;
3. Supplemental Expert Disclosure Deadline: **June 12, 2023**;
4. Expert Discovery Deadline: **June 26, 2023**;
5. Dispositive Motion Deadline: **August 7, 2023**;
6. Pretrial Conference: **January 22, 2024**, at **1:30 p.m., in Courtroom 1**;
7. Trial: **March 26, 2024**, at **8:30 a.m., in Courtroom 1**; and
8. All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated:   **January 25, 2023**

UNITED STATES MAGISTRATE JUDGE