1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                              **EASTERN DISTRICT OF CALIFORNIA**

10

11   ISIDRO OROZCO, et al.,                    )   Case No.: 1:21-cv-01674-SAB
                                               )
12              Plaintiffs,                     )   ORDER GRANTING STIPULATION FOR
                                               )   EXTENSION OF TIME TO FILE PLAINTIFFS'
13        v.                                    )   MOTION FOR ATTORNEY'S FEES, COSTS,
                                               )   AND EXPENSES; RETAINING JURISDICTION
14   FCA US, LLC,                               )
                                               )   (ECF No. 51)
15              Defendant.                      )
                                               )
16                                             )

17        On January 11, 2024, the Court entered judgment in favor of Plaintiffs and against Defendant

18   pursuant to the terms of the Rule 68 offer filed in this case on August 18, 2023.  (ECF Nos. 41, 49.)

19   On February 8, 2024, the parties filed a stipulation to continue the filing deadline of Plaintiffs' motion

20   for attorneys' fees, costs, and expenses from February 8, 2024 to April 8, 2024 and continue

21   jurisdiction until Plaintiffs' attorneys' fees, costs, and expenses are decided and funding is satisfied.

22   (ECF No. 51.)  The parties proffer the extension of time will allow the parties time to meet and confer

23   regarding Plaintiffs' fees and costs and attempt to resolve the issue without burdening the Court.  The

24   Court finds good cause to grant the extension of time to file Plaintiffs' motion for fees, costs, and

25   expenses and retain jurisdiction until such motion, if necessary, is decided.

26   / / /

27   / / /

28   / / /

     / / /

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation (ECF No. 51) is GRANTED;

2. The Court grants the parties' stipulated request to extend Plaintiffs' deadline to file a motion for attorneys' fees, costs, and expenses to **April 8, 2024**; and

3. The Court shall retain jurisdiction over the action until Plaintiffs' fees, costs, and expenses are decided.

IT IS SO ORDERED.

Dated:   **February 9, 2024**

UNITED STATES MAGISTRATE JUDGE