UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO OROZCO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FCA US, LLC,<br><br>    Defendant. | Case No.: 1:21-cv-01674-SAB<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES; RETAINING JURISDICTION<br><br>(ECF No. 53) |

On January 11, 2024, the Court entered judgment in favor of Plaintiffs and against Defendant pursuant to the terms of the Rule 68 offer filed in this case on August 18, 2023. (ECF Nos. 41, 49.) On February 8, 2024, the parties filed a stipulation to continue the filing deadline of Plaintiffs' motion for attorneys' fees, costs, and expenses from February 8, 2024 to April 8, 2024 and continue jurisdiction until Plaintiffs' attorneys' fees, costs, and expenses are decided and funding is satisfied. (ECF No. 51.)

On April 5, 2024, the parties filed a second stipulation to continue the filing deadline of Plaintiffs' motion for attorneys' fees, costs, and expenses from April 8, 2024 to June 10, 2024 and that the Court retain jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding is satisfied. (ECF No. 53 at 2.) The parties proffer the extension of time will allow the parties time to meet and confer regarding Plaintiffs' fees and costs and attempt to resolve the issue without burdening the Court. The Court finds good cause to retain jurisdiction and grant the extension of time to file Plaintiffs' motion for fees, costs, and expenses.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation (ECF No. 53) is GRANTED;
2. The Court grants the parties' stipulated request to extend Plaintiffs' deadline to file a motion for attorneys' fees, costs, and expenses to **June 10, 2024**; and
3. The Court shall retain jurisdiction over the action until Plaintiffs' fees, costs, and expenses are decided.

IT IS SO ORDERED.

Dated:   **April 8, 2024**

UNITED STATES MAGISTRATE JUDGE