# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO OROZCO, et al., | Case No. 1:21-cv-01674-SAB |
| Plaintiffs, | ORDER GRANTING FINAL EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY FEES |
| v. | |
| FCE US, LLC, | (ECF No. 56) |
| Defendant. | Deadline: **August 12, 2024** |

On August 18, 2023, Plaintiff filed a request for entry of judgment pursuant to Federal Rule of Civil Procedure 68(a). (ECF No. 41.) On December 22, 2023, the parties filed a stipulation to continue jurisdiction and extend time for a motion for attorney fees to be filed which was denied because judgment had not yet been entered as no district judge was assigned to the matter. (ECF Nos. 44, 45.) On January 3, 2024, and January 4, 2024, the parties filed notices of consent and the matter was reassigned to the undersigned for all purposes on January 10, 2024. (ECF Nos. 46, 47, 48.) On January 11, 2024, an order issued directing the Clerk of the Court to enter judgment and judgment was entered. (ECF Nos. 49, 50.) On February 8, 2024; and April 5, 2024, the parties filed stipulations for an extension of time to file a motion for attorney fees which were granted. (ECF Nos. 51, 52, 53, 54.)

On June 10, 2024, a bill of costs was submitted, and on June 14, 2024, a third stipulation to extend time to continue jurisdiction and extend time to file a motion for attorney fees was

filed. (ECF Nos. 55, 56.) The parties again state that the extension of time will allow time for them to meet and confer regarding the motion for fees and attempt to resolve the issue without burdening the court. (ECF No. 56 at 2.) However, the parties have now been given two extensions of time to allow them to meet and confer and they are making an identical request in the current motion. The Court will grant this final extension of time, however no further extensions of time shall be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The joint stipulation is GRANTED;
2. The deadline for Plaintiffs to file a motion for attorney fees, costs, and expenses is CONTINUED to **August 12, 2024**;
3. The Court retains jurisdiction over the action until such motion is decided; and
4. No further extensions of time shall be granted.

IT IS SO ORDERED.

Dated: **June 17, 2024**

UNITED STATES MAGISTRATE JUDGE

2