# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO OROZCO, et al., | Case No. 1:21-cv-01674-SAB |
| Plaintiffs, | ORDER RE STIPULATION RE ATTORNEY FEES, COSTS, AND EXPENSES |
| v. | (ECF No. 59) |
| FCE US, LLC, | Deadline: **August 12, 2024** |
| Defendant. | |

On August 18, 2023, Plaintiff filed a request for entry of judgment pursuant to Federal Rule of Civil Procedure 68(a). (ECF No. 41.) On June 10, 2024, a bill of costs was submitted, and on June 14, 2024, a third stipulation to extend time to continue jurisdiction and extend time to file a motion for attorney fees was filed. (ECF Nos. 55, 56.) On June 17, 2024, an order granting a final extension of time to file a motion for attorney fees issued and Defendant filed objections to the bill of costs. (ECF Nos. 57, 58.) On June 18, 2024, the parties filed a joint stipulation for the payment of attorney fees, costs, and expenses and to withdraw the bill of costs and objections.

Accordingly, IT IS HEREBY ORDERED that:

1. The joint stipulation re fees, costs and expenses is GRANTED;
2. The bill of costs filed June 10, 2024, (ECF No. 55) and the objection filed June 17, 2024, (ECF No. 58) shall be DISREGARDED;

3. Defendant shall pay forty-five thousand dollars ($45,000.00) to Plaintiff for attorney fees, costs, and expenses by **August 19, 2024**; and

4. Plaintiff shall file a notice of dismissal within **ten (10) days** of satisfaction of payment.

IT IS SO ORDERED.

Dated:   **June 20, 2024**

UNITED STATES MAGISTRATE JUDGE