| | |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | EASTERN DISTRICT OF CALIFORNIA |
| ISIDRO OROZCO, et al., | Case No. 1:21-cv-01674-SAB |
| Plaintiffs, | ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY MONETARY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| FCA US, LLC, | |
| Defendant. | (ECF No. 62) |
| | **SEPTEMBER 20, 2024 DEADLINE** |

Plaintiffs filed this action on November 19, 2021. (ECF No. 1.) On February 24, 2022, Defendant filed its answer to the complaint. (ECF No. 10.) On August 28, 2024, Plaintiffs filed a document requesting dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (ECF No. 61.) However, the request was filed as a "motion to dismiss" and is signed only by Plaintiffs. (<u>Id.</u> at 2.) On August 29, 2024, the Court issued an order disregarding the defective request for dismissal because it is not a signed stipulation by all parties who have appeared, and it is not a proper motion under Rule 41(a)(2). (ECF No. 62.) The Court ordered that Plaintiffs either file a stipulation that complies with Rule 41(a)(1)(A)(ii) or a motion for voluntary dismissal under Rule 41(a)(2) that complies with Local Rule 230 no later than August 12, 2024. Dispositional documents were not filed by the ordered deadline.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these

Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions … within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing **no later than September 20, 2024**, why monetary sanctions should not issue for the failure to file dispositional documents as required by this Court's August 29, 2024 order (ECF No. 62); and
2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: **September 13, 2024**

_____
UNITED STATES MAGISTRATE JUDGE