# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO OROZCO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US, LLC,<br><br>Defendant. | Case No. 1:21-cv-01674-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF Nos. 63, 64, 65) |

On August 28, 2024, Plaintiffs filed a request for dismissal in this matter. (ECF No. 61.) On August 29, 2024, an order issued disregarding the request for dismissal as procedurally improper, and the parties were ordered to file a request that complied with Rule 41 of the Federal Rules of Civil Procedure within fourteen days. (ECF No. 62.) No request was filed and on September 13, 2024, an order issued requiring the parties to show cause in writing why monetary sanctions should not issue for the failure to comply with the September 13, 2024 order. (ECF No. 63.) On September 17, 2024, a stipulation was filed dismissing this action with prejudice. (ECF No. 64.) On September 21, 2024, Plaintiffs filed a response to the order to show cause. (ECF No. 65.)

In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. The order to show cause shall be discharged.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The September 13, 2024 order requiring the parties to show cause (ECF No. 63) is DISCHARGED; and
2. The Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **September 23, 2024**

UNITED STATES MAGISTRATE JUDGE